No. 767. EX PARTE IÑIGO.—Apelación procedente de la Corte de Distrito de Mayagüez. Moción para que se desestime la apelación. Resuelto en octubre 18, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado, por ley de marzo 9, 1911, y 40 del Reglamento de este tribunal. Abogado del promovente: *Sr. Luis Montalvo.*

---

No. 766. SOTO ET AL. *v.* PUIG ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción para que se desestime la apelación. Resuelto en octubre 18, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento del Tribunal Supremo. Abogado de los promoventes: *Sr. Eduardo Acuña.* Abogados de la parte contraria: *Sres. Landrón y Rincón.*

---

No. 370. EL PUEBLO *v.* LE HARDY.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en octubre 19, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Rafael López Landrón.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 770. DELGADO *v.* CAMACHO.—Apelación procedente de la Corte de Distrito de Humacao. Moción para que se desestime la apelación. Resuelto en octubre 24, 1911. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento del Tribunal Supremo. Abogado del promovente: *Sr. Juan B. Huyke.* Abogados de la parte contraria: *Sres. Aponte y Aponte.*